IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JESSICA HAUGER<br><br>　　　　　　Defendant. | 8:18CR324<br><br>**ORDER** |

　　　　This matter is before the court on the defendant's Unopposed Motion to Continue Trial [29]. Counsel informs the court that there are many videos and documents in this matter and requests additional time to review, process and share information with the defendant. For good cause shown,

　　　　**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [29] is granted as follows:

　　　　1. The jury trial, now set for July 9, 2019, is continued to **September 10, 2019.**

　　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 10, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated this 21st day of June 2019.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge